GLENDENING v. WESTERN UNION TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Action by George O. Glendening against the

Western Union Telegraph Company. No opinion. Motion denied, without costs. Settle order on notice. See, also, 144 N. Y. Supp. 1117.